RECEIPT NUMBER

2005 28092

ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

A – D

TISEO ARCHITECTS, INC.,
a Michigan corporation,

      Plaintiff,

v

SSOE, INC., a foreign corporation,

      Defendant.

```
JUDGE : Gadola, Paul V.
DECK  : S. Division Civil Deck
DATE  : 07/07/2005 @ 07:48:18
CASE NUMBER : 4:05CV40215
CMP TISEO ARCHITECTS VS SSOE INC
(LE) SI
```

---

THOMAS M. KERANEN & ASSOCIATES, P.C.
Frederick F. Butters P45426
Gary D. Quesada, P48268
Attorneys for Plaintiff
6895 Telegraph Road
Bloomfield Hills, MI 48301-3138
(248) 647-9653
(248) 647-9683 (Fax)

MAGISTRATE JUDGE CAPEL

---

There is no other pending or resolved civil action arising out of the transaction or
occurrence alleged in the Complaint.

---

### COMPLAINT

**NOW COMES** Plaintiff **TISEO ARCHITECTS, INC.**, by and through its Attorneys

**FREDERICK F. BUTTERS** of the law firm of **THOMAS M. KERANEN & ASSOCIATES,**

**P.C.**, and complains against Defendant **SSOE, INC.** in the following particulars:

### JURISDICTION AND VENUE

1.    Plaintiff Tiseo Architects, Inc. (hereinafter "Tiseo") is a corporate entity which

is formulated and exists under the auspices of the laws of the State of Michigan.



Original
Document
Placed on Shelf



RECEIVED
JUL – 1 2005
CLERK'S OFFICE
DETROIT

Tiseo Architects, Inc., v SSOE, Inc.                                    Case No.:
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

2.    At all times relevant hereto, Tiseo has conducted continuous and systematic business as an architectural design and consulting firm in Livingston County, Eastern District of Michigan.

3.    Defendant SSOE INC. is a foreign corporate entity.

4.    At all times relevant hereto, SSOE INC. has conducted continuous and systematic business in Livingston County, Eastern District of Michigan.

5.    This Court has original federal question jurisdiction over the claims that arise herein pursuant to 28 USC 1338(a) in that the issues arise under Title 17 and Title 15 of the United States Code. In addition, this Court has supplemental jurisdiction over any State law claims that arise out of the subject transaction.

6.    Venue is appropriate in this Court pursuant to 28 USC 1391(B)(2) in that a substantial part of the events or omissions giving rise to the claims advanced herein occurred within the limits of the territorial jurisdiction of this Court.

## GENERAL ALLEGATIONS COMMON TO ALL COUNTS

7.    On or about June 13, 2002, Tiseo contracted with non-party First Commercial Realty for the preparation of designs and documents necessary to secure Site plan Approval for a contemplated construction project commonly known as "Chilson Commons" located at M-36 and Chilson Road, Hamburg Township, Michigan. A copy of the Tiseo work product documents are appended hereto at Exhibit "A".

2

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

8.      By February 25, 2003, Tiseo had completed that work and issued documents reflecting the substance thereof.  Tiseo thereafter stood ready to complete the construction documentation necessary to begin the actual construction work.

9.      On information and belief, First Commercial Realty and/or a related LLC which had acquired rights in the project transferred those rights to the large anchor grocery store to Kroger.

10.     In May of 2004, Tiseo received building foundation plans from SSOE, ostensibly forwarded to Tiseo for purposes of coordinating work on adjacent buildings Tiseo was performing with work to be performed for the large anchor grocery store.

11.     In June of 2005, Tiseo employees visited the site to review the construction of the remaining buildings in the complex.

12.     At that time, Tiseo employees discovered that not only had work commenced on the large anchor grocery store, the building was in a virtually completed state.  Tiseo employees recorded their observations in the form of photographs, copies of which are appended hereto at Exhibit "B."

13.     The completed building is virtually identical to the Tiseo Site Plan Approval work product documents.

14.     Thereafter, Tiseo requested copies of the drawings prepared for building permits applications from the local building authority.  Excerpts of the SSOE documents received through that means are appended hereto at Exhibit "C".

3

Tiseo Architects, Inc., v SSOE, Inc.                                          Case No.:

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

15.     Building permit documents had been prepared by Defendant SSOE, and they had been submitted to the local building authority for permits in June of 2004.

16.     The SSOE documents bear the seal of one Terrance Granger, Architect, who is listed in SSOE's most recent Annual Corporate Report as a Vice President of the SSOE entity.  The SSOE documents make no mention of the Tiseo involvement or design, and effectively represent the entirely of the work product as that of SSOE.

17.     The SSOE building permit documents accurately reflect the building as it was constructed.  On information and belief, the building itself was actually constructed from the SSOE building permit documents.

18.     The SSOE building permit documents reflect a building which is virtually identical to the Tiseo design as that design is contained in the Tiseo Site Plan Approval work product documents.

19.     The June 2004 SSOE documents, and the building constructed therefrom, are derivative and essentially duplicative of the Tiseo design as that design was set out in the Tiseo Site Plan Approval documents.

## COUNT I
## COPYRIGHT INFRINGEMENT

20.     Tiseo incorporates the substance of Paragraph(s) 1 through 19 above by reference, as if such were set forth and repled verbatim herein.

21.     Technical drawings, architectural works and attendant design documents produced by Tiseo are copyrightable under 17 UCS 101 and 102, because they are original works of authorship fixed in a tangible medium of expression which can be perceived,

4

reproduced or otherwise communicated.

22.     Tiseo, as the author and creator of the technical drawings, architectural works and attendant design documents, is initially vested with copyright protection under 17 USC 2001 in said materials.

23.     Tiseo holds a valid Copyright in all of the technical drawings, architectural works and attendant design documents at issue herein, and therefore holds certain exclusive use rights in the materials as granted to it under 17 USC 106. Among the exclusive rights is the right to reproduce the technical drawings, architectural works and attendant design documents, and the right to preclude others from doing so.

24.     Tiseo has not transferred any of its exclusive rights in the copyrighted technical drawings, architectural works and attendant design documents to the Defendant (or otherwise), nor has it licensed the Defendant to reproduce same.

25.     Despite the lack of any rights conferred upon them by Tiseo to do so, the Defendant, in derogation of Tiseo's exclusive rights, copied and published Tiseo's copyrighted works.

26.     In the alternative, despite the lack of any rights conferred upon them by Tiseo to do so, the Defendant, in violation of Tiseo's exclusive rights, prepared and published works that are derivative of Tiseo's copyrighted works.

27.     The unauthorized reproduction of Tiseo's documents and the intellectual property they contain and reflect by the Defendant constitutes a wilful infringement of Tiseo's exclusive copy and other exclusive use rights.

5

Tiseo Architects, Inc., v SSOE, Inc.                                          Case No.:

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

28.    Tiseo has complied with 17 USC 410 by delivering its application, fee, and deposit of materials to the Register of Copyrights, thereby claiming its copyright in the technical drawings, architectural works and attendant design documents at issue. Tiseo has also received certificates of registration for the copyrighted materials from the Register of Copyrights. A copy of the certificate is appended hereto at Exhibit "D."

29.    Tiseo has accordingly met all of the requirements of 17 USC 411, and it therefore entitled to enforce its remedies against the Defendant.

30.    Occasioned on the Defendant's infringement of its exclusive rights of use and reproduction of the subject technical drawings, architectural works and attendant design documents, Tiseo has suffered and will continue to suffer injury as provided for in the applicable statue, including but not limited to lost profits and lost potential business opportunity.

**WHEREFORE** Plaintiff **TISEO ARCHITECTS, INC.**, demands Judgment against Defendant **SSOE, INC.** in an amount borne by the evidence, including in accordance with applicable statutes, together with an order prohibiting further copying or distribution of the subject materials and an order requiring their immediate return to the possession and control of Tiseo, and an order taxing to the Defendants all costs and Attorney's fees wrongfully incurred in the formulation and prosecution of this cause.

### COUNT II
### VIOLATION OF LANHAM ACT

31.    Tiseo incorporates the substance of Paragraph(s) 1 through 30 above by reference, as if such were set forth and repled verbatim herein.

6

Tiseo Architects, Inc., v SSOE, Inc.                                                Case No.:
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

32.     The Lanham Act, at 15 USC 1125 prohibits, inter alia, false designations of origin and false descriptions in connection with goods or services used in commerce.

33.     Pursuant to the Lanham Act, any person who, or in connection with any goods or services, or any container for goods, uses in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person, shall be liable in a civil action by any person who believes that he or she is likely to be damaged by such acts.

34.     Defendant SSOE has represented Tiseo's work product as its own, falsely designating itself as the Architect / Engineer for the work on the construction documents and otherwise.

35.     Defendant SSOE's conduct in that regard constitutes a false designation of origin, a false or misleading description of fact and/or a false or misleading representation of fact which is likely to cause confusion, or cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person.

7

Tiseo Architects, Inc., v SSOE, Inc.                                    Case No.:

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

36.     Defendant SSOE's   conduct accordingly constitutes a violation of the Lanham Act.

37.     Occasioned on Defendant SSOE's violation of the Lanham Act, Tiseo has suffered and will continue to suffer injury, including but not limited to lost profits and lost potential business opportunity.

**WHEREFORE** Plaintiff **TISEO ARCHITECTS, INC.**, demands Judgment against **SSOE, INC.** in an amount borne by the evidence, including in accordance with applicable statutes, together with an order prohibiting further copying or distribution of the subject materials and an order requiring their immediate return to the possession and control of Tiseo, and an order taxing to the Defendants all costs and Attorney's fees wrongfully incurred in the formulation and prosecution of this cause.

THOMAS M. KERANEN & ASSOCIATES, P.C.

By: _____
Frederick F. Butters, P45426
Attorney for Plaintiff
6895 Telegraph Road
Bloomfield Hills, MI 48301-3138
(248) 647-9653
(248) 647-9683 (Fax)

Dated: June 28, 2005

8



Building 'C' Front Eleva



# Chilson Commons
## M-36 & Chilson Road
## Hamburg Twp., Michigan



Tiseo Architects, Inc.

Project No. 00062
25 Feb 2003







**Building 'D' & 'E' Front Elevation**
scale 3/32"=1'-0"



**Anchor Front Elevation & Retail 'A' Side Elevation**
scale 3/32"=1'-0"





**Building 'A' Front Elevation**
scale 3/32"=1'-0"



**Building 'B' Front Elevation**
scale 3/32"=1'-0"









6/23/2005 8:41:13 AM



6/23/2005 8:41:43 AM



6/23/2005 8:40:29 AM

CHILSON COMMONS, HAMBURG TWP., MICHIGAN





**~~Certif~~icate of Registration**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

**VAu 656 – 458**

EFFECTIVE DATE OF REGISTRATION

**MAY 3 1 2005**

| Month | Day | Year |

[RECEIVED]
JUN 1 6 2005
TISEO ARCHITECTS, INC.
A.M. _____ P.M.

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

Title of This Work ▼

Food Store Building Elevation, Chilson Commons, M-36 & Chilson Road Hamburg Twp. Michigan (2005)

NATURE OF THIS WORK ▼ See Instructions

Architectural work

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼       Number ▼        Issue Date ▼            On Pages ▼

---

**2**

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼

Tiseo Architects, Inc , Employer for hire of Benedetto Tiseo

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of __ USA __
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture      ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☑ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture      ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
2003
This information must be given in all cases

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____
Nation

---

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Tiseo Architects, Inc
19815 Farmington Road, Livonia, Michigan 48152

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
MAY 3 1 2005
ONE DEPOSIT RECEIVED
MAY 3 1 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.       Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | JfB | FORM VA |
|---|---|---|
| CHECKED BY | | |

| ☐ CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| ☐ Yes | |

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is  Yes   why is another registration being sought? (Check appropriate box ) ▼

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant

c  ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes   give  Previous Registration Number ▼      Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

a  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

b  Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**
**a**
See instructions before completing this space
**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account.
Name ▼      Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Benedetto Tiseo
Tiseo Architects Inc , 19815 Farmington Road, Livonia, Michigan 48152

Area code and daytime telephone number     ( 248 ) 888-1300          Fax number     ( 248 ) 888-1313

Email

**7**
**a**
**b**

**CERTIFICATION\*** I  the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Tiseo Architects, Inc
Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Benedetto Tiseo                                                    Date  24 May 2005

Handwritten signature (X) ▼

X

**8**

| Certificate will be mailed in window envelope to this address | Name ▼  Benedetto Tiseo, AIA, Tiseo Architects Inc |
|---|---|
| | Number/Street/Apt ▼  19815 Farmington Road |
| | City/State/ZIP ▼  Livonia, Michigan 48152 |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  August 2003—30 000  Web Rev  June 2002  ⊕ Printed on recycled paper

U S  Government Printing Office  2003-469-605/60 024

**05-40215**

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**ORIGINAL**

**I. (a)   PLAINTIFFS**

Tiseo Architects, Inc.

**DEFENDANTS**

SSOE, Inc. a foreign corporation

**(b)** County of Residence of First Listed Plaintiff   Wayne
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Wayne
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.   **PAUL V. GADOLA**

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Thomas M. Keranen & Associates, P.C.
Frederik F. Butters, P45426

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question (U.S. Government Not a Party) |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity (Indicate Citizenship of Parties in Item III) |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

| | | | | | | Appeal to District |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Judge from Magistrate Judgment |

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 USC 101, et seq. and 15 USC 1125

Brief description of cause:
Copyright Infringement and violations of Lanham Act

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

**VIII. RELATED CASE(S) IF ANY**

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.      Is this a case that has been previously dismissed?    ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.      Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)    ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :

_____