UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TISEO ARCHITECTS, INC.,
a Michigan corporation,

    Plaintiff,

v

    Case No. 05-40215
    Hon. Paul V. Gadola

SSOE, INC., a foreign corporation,

    Defendant.

| THOMAS M. KERANEN & ASSOCIATES, P.C. | SPENGLER NATHANSON P.L.L. |
|---|---|
| Frederick F. Butters (P45426) | Susan B. Nelson (0015605) |
| Gary D. Quesada (P48268) | James P. Silk, Jr. (0062463) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 6895 Telegraph Road | 608 Madison Avenue, Ste. 1000 |
| Bloomfield Hills, MI  48301-3138 | P.O. Box 2027 |
| (248) 647-9653 | Toledo, OH  43603-2027 |
| (248) 647-9683 (Fax) | (419) 241-2201 |
| | (419) 241-8599 (Fax) |

## **NOTICE OF FILING EXHIBITS IN THE TRADITIONAL MANNER**

Please take notice that the undersigned has filed exhibits to the following paper in the traditional manner.  Leave of court was previously requested on October 14, 2005, by Plaintiff's Counsel.

Title of Paper: Tiseo Architects, Inc.'s Response to SSOE, Inc.'s Motion to Dismiss Complaint.

The exhibits have been served in hard copy on all parties pursuant to federal and local rules.

**Tiseo Architects, Inc. v
SSOE, Inc.**                                                                     Case No.: 05-40215
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

October 19, 2005                           s/ Frederick F. Butters (P45426)
                                           THOMAS M. KERANEN & ASSOC., P.C.
                                           Attorneys for Plaintiff
                                           6895 Telegraph Road
                                           Bloomfield Hills MI 48301-3138
                                           Phone: (248) 647-9653
                                           E-mail: fbutters@tmklawpc.com


## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2005, I a copy of the foregoing has been sent via Federal Express to the following:

> SPENGLER NATHANSON P.L.L.
> Susan B. Nelson (0015605)
> James P. Silk, Jr. (0062463)
> Attorneys for Defendant
> 608 Madison Avenue, Ste. 1000
> P.O. Box 2027
> Toledo, OH  43603-2027


                                           s/ Frederick F. Butters (P45426)
                                           THOMAS M. KERANEN & ASSOC., P.C.
                                           Attorneys for Plaintiff
                                           6895 Telegraph Road
                                           Bloomfield Hills MI 48301-3138
                                           Phone: (248) 647-9653
                                           E-mail: fbutters@tmklawpc.com