UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TISEO ARCHITECTS, INC.,
a Michigan corporation,

    Plaintiff,

                                        Case No. 05-40215

v                                                  Hon. Paul V. Gadola

SSOE, INC., a foreign corporation,

    Defendant.

| THOMAS M. KERANEN & ASSOCIATES, P.C. | SPENGLER NATHANSON P.L.L. |
|---|---|
| Frederick F. Butters (P45426) | Susan B. Nelson (0015605) |
| Gary D. Quesada (P48268) | James P. Silk, Jr. (0062463) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 6895 Telegraph Road | 608 Madison Avenue, Ste. 1000 |
| Bloomfield Hills, MI  48301-3138 | P.O. Box 2027 |
| (248) 647-9653 | Toledo, OH  43603-2027 |
| (248) 647-9683 (Fax) | (419) 241-2201 |
| | (419) 241-8599 (Fax) |

**INDEX OF EXHIBITS TO PLAINTIFF'S RESPONSE TO
<u>SSOE, INC.'S MOTION TO DISMISS COMPLAINT</u>**

The following documents are being filed in the traditional manner rather than electronically on all parties:

Exhibit A    Defendant's request to the United States Copyright Office for cancellation of Tiseo's Copyright (sans exhibits).

Exhibit B    Letter from Tiseo counsel requesting withdrawal of the Defendant's request to the united States Copyright office for cancellation of Tiseo's copyright.

Exhibit C    Affidavit of Benedetto Tiseo.

Exhibit D    Color photographs of Whispering Woods (Flat Rock) Kroger Store designed by Tiseo Architects in 2001 (filed in the traditional manner).

Exhibit E.    Color photographs of Chilson Commons Kroger Store at issue herein as constructed.

**Tiseo Architects, Inc. v
SSOE, Inc.**                                                           **Case No.: 05-40215**

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Exhibit F   Excerpts from the Defendant's documents prepared for the Chilson Commons Kroger Store at issue herein.

Exhibit G   *Johnson v. Jones*, 149 F 3d 494 (6th Cir., 1998).

Exhibit H   Color drawings filed by Tiseo with the United States Copyright Office in support of its application for Copyright registration.

October 18, 2005                         s/ Frederick F. Butters (P45426)
                                         THOMAS M. KERANEN & ASSOC., P.C.
                                         Attorneys for Plaintiff
                                         6895 Telegraph Road
                                         Bloomfield Hills MI 48301-3138
                                         Phone: (248) 647-9653
                                         E-mail: fbutters@tmklawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2005, I a copy of the foregoing has been sent via Federal Express to the following:

        SPENGLER NATHANSON P.L.L.
        Susan B. Nelson (0015605)
        James P. Silk, Jr. (0062463)
        Attorneys for Defendant
        608 Madison Avenue, Ste. 1000
        P.O. Box 2027
        Toledo, OH  43603-2027

                                         s/ Frederick F. Butters (P45426)
                                         THOMAS M. KERANEN & ASSOC., P.C.
                                         Attorneys for Plaintiff
                                         6895 Telegraph Road
                                         Bloomfield Hills MI 48301-3138
                                         Phone: (248) 647-9653
                                         E-mail: fbutters@tmklawpc.com